# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT PENNSYLVANIA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracey E. Davis<br>    <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-11701 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for Citibank, N.A., as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE4 Trust and index same on the master mailing list.

                Respectfully submitted,

                **/s/ Rebecca A. Solarz, Esquire**
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322 FAX (215) 627-7734