PG/ N EMPLOYEE CHECK STUB: **224259** PERIOD: **9** YR: **2017** SPECIAL: PAGE 8

LAST NAME **DAVIS** LAST PAY PERIOD PAID **9**

FIRST NAME **TRACEY** **E** END DATE **08/27/17**

DEPARTMENT **11-NA-41-35** CITY OF PHILADELPHIA DIST DATE **09/01/17**

| | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| REG GROSS | 3082.92 | PBA | 3.40 | VAC BUY BACK | | |
| PREMIUM/OT | 174.44 | FOP | 28.27 | RATE 1 TIME | 01000 | 3082.92 |
| ADJ. GROSS | | DISIN | 39.11 | RATE 2 TIME | | |
| BENEFITS | 31.00 | DCLN1 | 59.46 | RATE 3 TIME | | |
| TXBLE GROSS | 3288.36 | | | | | |
| PENSION B | 162.87 | | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | 517.52 | | | | | |
| 12 ST. TAX | 100.95 | | | | | |
| 13 CITY WAGE | 127.94 | | | | | |
| 14 F.I.C.A. | | | | POLICE STRESS | | 174.44 |
| 15 PAUC TAX | 2.30 | | | POLICE MEALS | | |
| 16 MEDICARE | 47.68 | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | 2167.86 |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | 0000000 | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**

PHILA. POLICE DEPT.
FINANCE OFF RM 307
8TH & RACE STS.
PHILA., PA 19106

PG/ N EMPLOYEE CHECK STUB: **224259** PERIOD: **10** YR: **2017** SPECIAL: PAGE 8

| | | | | | |
|---|---|---|---|---|---|
| LAST NAME | **DAVIS** | | LAST PAY PERIOD PAID | **10** | |
| FIRST NAME | **TRACEY** | **E** | END DATE | **09/10/17** | |
| DEPARTMENT | **11-NA-41-35** | CITY OF PHILADELPHIA | DIST DATE | **09/15/17** | |

| | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| REG GROSS | 3183.08 | PBA | 3.40 | VAC BUY BACK | | |
| PREMIUM/OT | 180.10 | FOP | 29.16 | RATE 1 TIME | 01000 | 3183.08 |
| ADJ. GROSS | | DISIN | 39.11 | RATE 2 TIME | | |
| BENEFITS | | DCLN1 | 59.46 | RATE 3 TIME | | |
| TXBLE GROSS | 3363.18 | ALIFE | 2.40 | | | |
| PENSION B | 199.10 | GCL | 20.00 | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | 527.17 | | | | | |
| 12 ST. TAX | 103.25 | | | | | |
| 13 CITY WAGE | 130.85 | | | | | |
| 14 F.I.C.A. | | | | POLICE STRESS | | 180.10 |
| 15 PAUC TAX | 2.35 | | | POLICE MEALS | | |
| 16 MEDICARE | 48.77 | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | 2198.16 |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | 0000000 | |

PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE

PHILA. POLICE DEPT.
FINANCE OFF RM307
8TH & RACE STS.
PHILA, PA 19106

PG/ N EMPLOYEE CHECK STUB: 224259 PERIOD: 11 YR: 2017 SPECIAL: PAGE 8

| | | | | | | |
|---|---|---|---|---|---|---|
| LAST NAME | DAVIS | | | LAST PAY PERIOD PAID | 11 | |
| FIRST NAME | TRACEY | E | | END DATE | 09/24/17 | |
| DEPARTMENT | 11-NA-41-35 | CITY OF PHILADELPHIA | | DIST DATE | 09/29/17 | |
| | | DEDUCTIONS | | | | |
| REG GROSS | 3183.08 | PBA | | VAC BUY BACK | | |
| PREMIUM/OT | 180.10 | FOP | 29.16 | RATE 1 TIME | 01000 | 3183.08 |
| ADJ. GROSS | | DISIN | 39.11 | RATE 2 TIME | | |
| BENEFITS | | DCLN1 | 59.46 | RATE 3 TIME | | |
| TXBLE GROSS | 3363.18 | | | | | |
| PENSION B | 199.10 | | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | 527.17 | | | | | |
| 12 ST. TAX | 103.25 | | | | | |
| 13 CITY WAGE | 130.85 | | | | | |
| 14 F.I.C.A. | | | | POLICE STRESS | | 180.10 |
| 15 PAUC TAX | 2.35 | | | POLICE MEALS | | |
| 16 MEDICARE | 48.77 | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | 2223.96 |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | 0000000 | |

PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE

PHILA. POLICE DEPT.
FINANCE OFF RM 307
8TH & RACE STS.
PHILA, PA 19106

PG/ N EMPLOYEE CHECK STUB: **224259** PERIOD: **12** YR: **2017** SPECIAL: PAGE 8

LAST NAME **DAVIS** LAST PAY PERIOD PAID **12**
FIRST NAME **TRACEY** **E** END DATE **10/08/17**
DEPARTMENT **11-NA-41-35** CITY OF PHILADELPHIA DIST DATE **10/13/17**

| | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| REG GROSS | 3183.08 | PBA | | VAC BUY BACK | | |
| PREMIUM/OT | 180.10 | FOP | 29.16 | RATE 1 TIME | 01000 | 3183.08 |
| ADJ. GROSS | | DISIN | 39.11 | RATE 2 TIME | | |
| BENEFITS | | DCLN1 | 59.46 | RATE 3 TIME | | |
| TXBLE GROSS | 3363.18 | ALIFE | | | | |
| PENSION B | 199.10 | GCL | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | 527.17 | | | | | |
| 12 ST. TAX | 103.25 | | | | | |
| 13 CITY WAGE | 130.85 | | | | | |
| 14 F.I.C.A. | | | | POLICE STRESS | | 180.10 |
| 15 PAUC TAX | 2.35 | | | POLICE MEALS | | |
| 16 MEDICARE | 48.77 | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | 2223.96 |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | 0000000 | |

PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE

PHILA. POLICE DEPT.
FINANCE OFF RM307
8TH & RACE STS.
PHILA., PA 19106

PG/ N EMPLOYEE CHECK STUB: **224259** PERIOD: **13** YR: **2017** SPECIAL: PAGE 8

LAST NAME **DAVIS** LAST PAY PERIOD PAID **13**
FIRST NAME **TRACEY** **E** END DATE **10/22/17**
DEPARTMENT **11-NA-41-35** CITY OF PHILADELPHIA DIST DATE **10/27/17**

| | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| REG GROSS | 3183.08 | PBA | 3.40 | VAC BUY BACK | | |
| PREMIUM/OT | 180.10 | FOP | 29.16 | RATE 1 TIME | 01000 | 3183.08 |
| ADJ. GROSS | | DISIN | 39.11 | RATE 2 TIME | | |
| BENEFITS | 31.00 | DCLN1 | 59.46 | RATE 3 TIME | | |
| TXBLE GROSS | 3394.18 | | | | | |
| PENSION B | 199.10 | | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | 534.92 | | | | | |
| 12 ST. TAX | 104.20 | | | | | |
| 13 CITY WAGE | 132.06 | | | | | |
| 14 F.I.C.A. | | | | POLICE STRESS | | 180.10 |
| 15 PAUC TAX | 2.38 | | | POLICE MEALS | | |
| 16 MEDICARE | 49.22 | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | 2210.17 |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | 0000000 | |

PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE



PG/ N EMPLOYEE CHECK STUB: **224259** PERIOD: **14** YR: **2017** SPECIAL: PAGE 8

| | | | | | | |
|---|---|---|---|---|---|---|
| LAST NAME | **DAVIS** | | | LAST PAY PERIOD PAID | **14** | |
| FIRST NAME | **TRACEY** | **E** | | END DATE | **11/05/17** | |
| DEPARTMENT | **11-NA-41-35** | CITY OF PHILADELPHIA | | DIST DATE | **11/10/17** | |
| | | DEDUCTIONS | | | | |
| REG GROSS | **3183.08** | **PBA** | **3.40** | VAC BUY BACK | | |
| PREMIUM/OT | **180.10** | **FOP** | **29.16** | RATE 1 TIME | **01000** | **3183.08** |
| ADJ. GROSS | | **DISIN** | **39.11** | RATE 2 TIME | | |
| BENEFITS | | **DCLN1** | **59.46** | RATE 3 TIME | | |
| TXBLE GROSS | **3363.18** | **ALIFE** | **2.40** | | | |
| PENSION **B** | **199.10** | **GCL** | **20.00** | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | **527.17** | | | | | |
| 12 ST. TAX | **103.25** | | | | | |
| 13 CITY WAGE | **130.85** | | | | | |
| 14 F.I.C.A. | | | | POLICE STRESS | | **180.10** |
| 15 PAUC TAX | **2.35** | | | POLICE MEALS | | |
| 16 MEDICARE | **48.77** | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | **2198.16** |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | **0000000** | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**

PHILA. POLICE DEPT.
FINANCE OFF RM 307
8TH & RACE STS.
PHILA, PA 19106

PG/ N EMPLOYEE CHECK STUB: **224259** PERIOD: **15** YR: **2017** SPECIAL: PAGE 8

| | | | | | | |
|---|---|---|---|---|---|---|
| LAST NAME | **DAVIS** | | | LAST PAY PERIOD PAID | **15** | |
| FIRST NAME | **TRACEY** | **E** | | END DATE | **11/19/17** | |
| DEPARTMENT | **11-NA-41-35** | CITY OF PHILADELPHIA | | DIST DATE | **11/22/17** | |
| | | DEDUCTIONS | | | | |
| REG GROSS | **3183.08** | **PBA** | **3.40** | VAC BUY BACK | | |
| PREMIUM/OT | **180.10** | **FOP** | **29.16** | RATE 1 TIME | **01000** | **3183.08** |
| ADJ. GROSS | | **DISIN** | **39.11** | RATE 2 TIME | | |
| BENEFITS | **31.00** | **DCLN1** | **59.46** | RATE 3 TIME | | |
| TXBLE GROSS | **3394.18** | | | | | |
| PENSION **B** | **199.10** | | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | **534.92** | | | | | |
| 12 ST. TAX | **104.20** | | | | | |
| 13 CITY WAGE | **132.06** | | | | | |
| 14 F.I.C.A. | | | | POLICE STRESS | | **180.10** |
| 15 PAUC TAX | **2.38** | | | POLICE MEALS | | |
| 16 MEDICARE | **49.22** | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | **2210.17** |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | **0000000** | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**

PHILA. POLICE DEPT.
FINANCE OFF RM 307
8TH & RACE STS.
PHILA., PA 19106

PG/ N EMPLOYEE CHECK STUB: **224259** PERIOD: **16** YR: **2017** SPECIAL: PAGE 8

| | | | | | | |
|---|---|---|---|---|---|---|
| LAST NAME | **DAVIS** | | | LAST PAY PERIOD PAID | **16** | |
| FIRST NAME | **TRACEY** | **E** | | END DATE | **12/03/17** | |
| DEPARTMENT | **11-NA-41-35** | CITY OF PHILADELPHIA | | DIST DATE | **12/08/17** | |
| | | DEDUCTIONS | | | | |
| REG GROSS | **3183.08** | **PBA** | **3.40** | VAC BUY BACK | | |
| PREMIUM/OT | **180.10** | **FOP** | **29.16** | RATE 1 TIME | **01000** | **3183.08** |
| ADJ. GROSS | | **DISIN** | **39.11** | RATE 2 TIME | | |
| BENEFITS | | **DCLN1** | **59.46** | RATE 3 TIME | | |
| TXBLE GROSS | **3363.18** | **ALIFE** | **2.40** | | | |
| PENSION **B** | **199.10** | **GCL** | **20.00** | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | **527.17** | | | | | |
| 12 ST. TAX | **103.25** | | | | | |
| 13 CITY WAGE | **130.85** | | | | | |
| 14 F.I.C.A. | | | | POLICE STRESS | | **180.10** |
| 15 PAUC TAX | **2.35** | | | POLICE MEALS | | |
| 16 MEDICARE | **48.77** | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | **2198.16** |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | **0000000** | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**



```
PG/ N  EMPLOYEE CHECK STUB: 224259    PERIOD: 17  YR: 2017 SPECIAL:        PAGE 8
LAST NAME    DAVIS                             LAST PAY PERIOD PAID  17
FIRST NAME   TRACEY                E                     END DATE  12/17/17
DEPARTMENT   11-NA-41-35    CITY OF PHILADELPHIA        DIST DATE  12/22/17
                                DEDUCTIONS
REG GROSS          3183.08      PBA          3.40  VAC BUY BACK
PREMIUM/OT          180.10      FOP         29.16  RATE 1 TIME     01000     3183.08
ADJ. GROSS                     DISIN        39.11  RATE 2 TIME
BENEFITS             31.00     DCLN1        59.46  RATE 3 TIME
TXBLE GROSS        3394.18
PENSION  B          199.10
DEF COMP
11 FED TAX          534.92
12 ST. TAX          104.20
13 CITY WAGE        132.06
14 F.I.C.A.                                        POLICE STRESS             180.10
15 PAUC TAX           2.38                         POLICE MEALS
16 MEDICARE          49.22                         NET ADJUSTMENT
17  OVER 200K                                      NET PAY                   2210.17
19 E.I.C.
                                                   CHECK NUMBER    0000000

 PF1/13 MAIN MENU  PF2/14 PREVIOUS MENU  PF3/15 FULL DETAILS PF4/16 ADJUST TYPE
```

PHILA. POLICE DEPT.
FINANCE OFF RM 307
8TH & RACE STS.
PHILA, PA 19106

PG/ N EMPLOYEE CHECK STUB: **224259** PERIOD: **18** YR: **2017** SPECIAL: PAGE 8

LAST NAME **DAVIS** LAST PAY PERIOD PAID **18**
FIRST NAME **TRACEY** **E** END DATE **12/31/17**
DEPARTMENT **11-NA-41-35** CITY OF PHILADELPHIA DIST DATE **01/05/18**

| | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| REG GROSS | 3183.08 | PBA | 3.40 | VAC BUY BACK | | |
| PREMIUM/OT | 180.10 | FOP | 29.16 | RATE 1 TIME | 01000 | 3183.08 |
| ADJ. GROSS | | DISIN | 39.11 | RATE 2 TIME | | |
| BENEFITS | | DCLN1 | 59.46 | RATE 3 TIME | | |
| TXBLE GROSS | 3363.18 | ALIFE | 2.40 | | | |
| PENSION B | 199.10 | GCL | 20.00 | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | 525.26 | | | | | |
| 12 ST. TAX | 103.25 | | | | | |
| 13 CITY WAGE | 130.85 | | | | | |
| 14 F.I.C.A. | | | | POLICE STRESS | | 180.10 |
| 15 PAUC TAX | 2.02 | | | POLICE MEALS | | |
| 16 MEDICARE | 48.77 | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | 2200.40 |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | 0000000 | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**

PHILA. POLICE DEPT.
FINANCE OFF RM 307
8TH & RACE STS.
PHILA., PA 19106

PG/ N EMPLOYEE CHECK STUB: **224259** PERIOD: **19** YR: **2018** SPECIAL: PAGE 8

LAST NAME **DAVIS** LAST PAY PERIOD PAID **19**

FIRST NAME **TRACEY** **E** END DATE **01/14/18**

DEPARTMENT **11-NA-41-35** CITY OF PHILADELPHIA DIST DATE **01/19/18**

| | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| REG GROSS | 3183.08 | PBA | 3.40 | VAC BUY BACK | | |
| PREMIUM/OT | 180.10 | FOP | 29.16 | RATE 1 TIME | 01000 | 3183.08 |
| ADJ. GROSS | | DISIN | 39.11 | RATE 2 TIME | | |
| BENEFITS | 31.00 | DCLN1 | 59.46 | RATE 3 TIME | | |
| TXBLE GROSS | 3394.18 | | | | | |
| PENSION B | 199.10 | | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | 445.21 | | | | | |
| 12 ST. TAX | 104.20 | | | | | |
| 13 CITY WAGE | 132.06 | | | | | |
| 14 F.I.C.A. | | | | POLICE STRESS | | 180.10 |
| 15 PAUC TAX | 2.04 | | | POLICE MEALS | | |
| 16 MEDICARE | 49.22 | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | 2300.22 |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | 0000000 | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**

PHILA. POLICE DEPT.
FINANCE OFF RM 307
8TH & RACE STS.
PHILA., PA 19106

**CITY OF PHILADELPHIA**
**Earnings and Deductions**

01-NAME-1-35 224259 DAVIS

TRACEY E DAVIS
210 E STEARLY ST
PHILADELPHIA PA 19111

| | |
|---|---|
| PAY PERIOD ENDING | 01-28-2018 |
| DATE PAYABLE | 02-02-2018 |

| | |
|---|---|
| REGULAR GROSS | 3,183.08 |
| MISCELLANEOUS ADJUSTMENT | 0.00 |
| PREMIUM PAY / OT | 0.00 |
| POLICE STRESS | 180.10 |
| TOTAL GROSS EARNINGS | 3,363.18 |
| FEDERAL TAX | 438.39 |
| F.I.C.A. | 0.00 |
| MEDICARE TAX | 48.77 |
| CITY WAGE TAX | 130.85 |
| STATE TAX | 103.25 |
| UNEMPLOYMENT COMPENSATION TAX | 2.02 |
| CURRENT NON-TAXED PENSION CONTRI. | 199.10 |
| ADDITIONAL LIFE INSURANCE (STD. FOR | 2.40 |
| POLICE BENEFICIARY ASSOCIATION A | 3.40 |
| FOP DUES | 29.16 |
| PUBLIC EMPLOYEES BENEFIT SERVICES | 39.11 |
| GUARDIAN CIVIC LEAGUE | 20.00 |
| DEFER. COMP. LOAN REPAYMENT DEDUCT. | 59.46 |

| | |
|---|---|
| YTD GROSS PAY | 10,089.54 |
| YTD W-2 GROSS | 9,523.24 |
| YTD FEDERAL TAX | 1,408.86 |
| YTD F.I.C.A. | 0.00 |
| YTD MEDICARE TAX | 146.76 |
| YTD CITY TAX | 393.76 |
| YTD STATE TAX | 310.70 |
| YTD UNEMPLOYMENT COMPENSATION TAX | 6.08 |
| PENSION PLAN | B |
| YTD NON TAXED PENSION | 597.30 |
| YTD TAXED PENSION | 0.00 |
| LTD NON TAXED PENSION | 64,012.79 |
| LTD TAXED PENSION | 0.00 |

REGULAR EARNINGS DETAIL

| EARNINGS TYPE | TIME | |
|---|---|---|
| RATE 1 PAY - 010/00 | (DAYS/16THS) | 3,183.08 |

REGULAR EARNINGS TOTAL 3,183.08

EXCEPTION EARNINGS TYPE TIME

EXCEPTION EARNINGS TOTAL 0.00

NET PAY 2,287.27

STATEMENT OF EARNINGS AND DEDUCTIONS

**CITY OF PHILADELPHIA**

| EMPLOYEE NUMBER | DATE PAYABLE MO | DAY | YEAR |
|---|---|---|---|
| 224259 | 02 | 02 | 2018 |

*Deposit on account for:*

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

| DEPOSIT AMOUNT |
|---|
| ***2,287.27 |

TRACEY E DAVIS
210 E STEARLY ST
PHILADELPHIA PA 19111

**NON-NEGOTIABLE**

**CITY OF PHILADELPHIA**
**Earnings and Deductions**

11-NA-41-33 224259 DAVIS

TRACEY E DAVIS
210 E STEARLY ST
PHILADELPHIA PA 19111

| | |
|---|---|
| PAY PERIOD ENDING | 02-11-2018 |
| DATE PAYABLE | 02-16-2018 |

| | |
|---|---|
| REGULAR GROSS | 3,183.08 |
| MISCELLANEOUS ADJUSTMENT | 0.00 |
| PREMIUM PAY / OT | 0.00 |
| POLICE STRESS | 180.10 |
| TOTAL GROSS EARNINGS | 3,363.18 |
| FEDERAL TAX | 445.21 |
| F.I.C.A. | 0.00 |
| MEDICARE TAX | 49.22 |
| CITY WAGE TAX | 132.06 |
| STATE TAX | 104.20 |
| UNEMPLOYMENT COMPENSATION TAX | 2.04 |
| CURRENT NON-TAXED PENSION CONTRI. | 199.10 |
| POLICE BENEFICIARY ASSOCIATION A | 3.40 |
| FOP DUES | 29.16 |
| PUBLIC EMPLOYEES BENEFIT SERVICES | 39.11 |
| DEFER. COMP. LOAN REPAYMENT DEDUCT. | 59.46 |

| | |
|---|---|
| YTD GROSS PAY | 13,452.72 |
| YTD W-2 GROSS | 12,718.32 |
| YTD FEDERAL TAX | 1,854.07 |
| YTD F.I.C.A. | 0.00 |
| YTD MEDICARE TAX | 195.98 |
| YTD CITY TAX | 525.82 |
| YTD STATE TAX | 414.90 |
| YTD UNEMPLOYMENT COMPENSATION TAX | 8.12 |
| PENSION PLAN | B |
| YTD NON TAXED PENSION | 796.40 |
| YTD TAXED PENSION | 0.00 |
| LTD NON TAXED PENSION | 64,211.89 |
| LTD TAXED PENSION | 0.00 |

REGULAR EARNINGS DETAIL

| EARNINGS TYPE | TIME | |
|---|---|---|
| RATE 1 PAY - 010/00 | (DAYS/16THS) | 3,183.08 |

| | | |
|---|---|---|
| REGULAR EARNINGS TOTAL | | 3,183.08 |
| EXCEPTION EARNINGS TYPE | TIME | |

EXCEPTION EARNINGS TOTAL 0.00

NET PAY 2,300.22

STATEMENT OF EARNINGS AND DEDUCTIONS

**CITY OF PHILADELPHIA**

| EMPLOYEE NUMBER | DATE PAYABLE MO | DAY | YEAR |
|---|---|---|---|
| 224259 | 02 | 16 | 2018 |

*Deposit on account for:*

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

| DEPOSIT AMOUNT |
|---|
| ***2,300.22 |

TRACEY E DAVIS
210 E STEARLY ST
PHILADELPHIA PA 19111

**NON-NEGOTIABLE**

**CITY OF PHILADELPHIA**
**Earnings and Deductions**

11-NA-41-35 224259 DAVIS

TRACEY E DAVIS
210 E STEARLY ST
PHILADELPHIA PA 19111

| | |
|---|---|
| PAY PERIOD ENDING | 02-25-2018 |
| DATE PAYABLE. | 03-02-2018 |

| | |
|---|---|
| REGULAR GROSS | 3,183.08 |
| MISCELLANEOUS ADJUSTMENT | 0.00 |
| PREMIUM PAY / OT | 238.73 |
| POLICE STRESS | 193.61 |
| TOTAL GROSS EARNINGS | 3,615.42 |
| FEDERAL TAX | 493.89 |
| F.I.C.A. | 0.00 |
| MEDICARE TAX | 52.42 |
| CITY WAGE TAX | 140.67 |
| STATE TAX | 110.99 |
| UNEMPLOYMENT COMPENSATION TAX | 2.17 |
| CURRENT NON-TAXED PENSION CONTRI. | 199.10 |
| ADDITIONAL LIFE INSURANCE (STD. FOR | 2.40 |
| POLICE BENEFICIARY ASSOCIATION A | 3.40 |
| FOP DUES | 29.16 |
| PUBLIC EMPLOYEES BENEFIT SERVICES | 39.11 |
| GUARDIAN CIVIC LEAGUE | 20.00 |
| DEFER. COMP. LOAN REPAYMENT DEDUCT. | 59.46 |

| | |
|---|---|
| YTD GROSS PAY | 17,068.14 |
| YTD W-2 GROSS | 16,134.64 |
| YTD FEDERAL TAX | 2,347.96 |
| YTD F.I.C.A. | 0.00 |
| YTD MEDICARE TAX | 248.40 |
| YTD CITY TAX | 666.49 |
| YTD STATE TAX | 525.89 |
| YTD UNEMPLOYMENT COMPENSATION TAX | 10.29 |
| PENSION PLAN | B |
| YTD NON TAXED PENSION | 995.50 |
| YTD TAXED PENSION | 0.00 |
| LTD NON TAXED PENSION | 64,410.99 |
| LTD TAXED PENSION | 0.00 |

REGULAR EARNINGS DETAIL

| EARNINGS TYPE | | TIME | |
|---|---|---|---|
| RATE 1 PAY - 010/00 | | (DAYS/16THS) | 3,183.08 |
| REGULAR EARNINGS TOTAL | | | 3,183.08 |
| EXCEPTION EARNINGS TYPE | | TIME | |
| R1-TIME & 1/2 | 000/08 | (DAYS/16THS) | 238.73 |
| EXCEPTION EARNINGS TOTAL | | | 238.73 |

| | |
|---|---|
| MEAL MONEY | 7.00 |
| NET PAY | 2,469.65 |

STATEMENT OF EARNINGS AND DEDUCTIONS

**CITY OF PHILADELPHIA**

| EMPLOYEE NUMBER | DATE PAYABLE MO | DAY | YEAR |
|---|---|---|---|
| 224259 | 03 | 02 | 2018 |

*Deposit on account for:*

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

| DEPOSIT AMOUNT |
|---|
| ***2,469.65 |

TRACEY E DAVIS
210 E STEARLY ST
PHILADELPHIA PA 19111

**NON-NEGOTIABLE**

**CITY OF PHILADELPHIA**
**Earnings and Deductions**

11-NA-41-35 224259 DAVIS

TRACEY E DAVIS
210 E STEARLY ST
PHILADELPHIA PA 19111

| | |
|---|---|
| PAY PERIOD ENDING | 03-11-2018 |
| DATE PAYABLE | 03-16-2018 |

| | |
|---|---|
| REGULAR GROSS | 3,183.08 |
| MISCELLANEOUS ADJUSTMENT | 0.00 |
| PREMIUM PAY / OT | 0.00 |
| POLICE STRESS | 180.10 |
| TOTAL GROSS EARNINGS | 3,363.18 |
| FEDERAL TAX | 445.21 |
| F.I.C.A. | 0.00 |
| MEDICARE TAX | 49.22 |
| CITY WAGE TAX | 132.06 |
| STATE TAX | 104.20 |
| UNEMPLOYMENT COMPENSATION TAX | 2.04 |
| CURRENT NON-TAXED PENSION CONTRI. | 199.10 |
| POLICE BENEFICIARY ASSOCIATION A | 3.40 |
| FOP DUES | 29.16 |
| PUBLIC EMPLOYEES BENEFIT SERVICES | 39.11 |
| DEFER. COMP. LOAN REPAYMENT DEDUCT. | 59.46 |

| | |
|---|---|
| YTD GROSS PAY | 20,431.32 |
| YTD W-2 GROSS | 19,329.72 |
| YTD FEDERAL TAX | 2,793.17 |
| YTD F.I.C.A. | 0.00 |
| YTD MEDICARE TAX | 297.62 |
| YTD CITY TAX | 798.55 |
| YTD STATE TAX | 630.09 |
| YTD UNEMPLOYMENT COMPENSATION TAX | 12.33 |
| PENSION PLAN | B |
| YTD NON TAXED PENSION | 1,194.60 |
| YTD TAXED PENSION | 0.00 |
| LTD NON TAXED PENSION | 64,610.09 |
| LTD TAXED PENSION | 0.00 |

REGULAR EARNINGS DETAIL

| EARNINGS TYPE | TIME | |
|---|---|---|
| RATE 1 PAY - 010/00 | (DAYS/16THS) | 3,183.08 |

| | | |
|---|---|---|
| REGULAR EARNINGS TOTAL | | 3,183.08 |
| EXCEPTION EARNINGS TYPE | TIME | |
| EXCEPTION EARNINGS TOTAL | | 0.00 |

DIRDP2 (03/2012)

NET PAY 2,300.22

STATEMENT OF EARNINGS AND DEDUCTIONS

**CITY OF PHILADELPHIA**

| EMPLOYEE NUMBER | DATE PAYABLE MO | DAY | YEAR |
|---|---|---|---|
| 224259 | 03 | 16 | 2018 |

*Deposit on account for:*

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

| DEPOSIT AMOUNT |
|---|
| ***2,300.22 |

TRACEY E DAVIS
210 E STEARLY ST
PHILADELPHIA PA 19111

**NON-NEGOTIABLE**

DAVIS

## OF PHILADELPHIA
Earnings and Deductions

11-NA-41-35 224259

TRACEY E DAVIS
210 E STEARLY ST
PHILADELPHIA PA 19111

| | |
|---|---|
| PAY PERIOD ENDING | 03-25-2018 |
| DATE PAYABLE | 03-29-2018 |

| | |
|---|---|
| REGULAR GROSS | 3,183.08 |
| MISCELLANEOUS ADJUSTMENT | 0.00 |
| PREMIUM PAY / OT | 119.37 |
| POLICE STRESS | 186.86 |
| TOTAL GROSS EARNINGS | 3,489.31 |
| FEDERAL TAX | 466.14 |
| F.I.C.A. | 0.00 |
| MEDICARE TAX | 50.59 |
| CITY WAGE TAX | 135.76 |
| STATE TAX | 107.12 |
| UNEMPLOYMENT COMPENSATION TAX | 2.09 |
| CURRENT NON-TAXED PENSION CONTRI. | 199.10 |
| ADDITIONAL LIFE INSURANCE (STD. FOR | 2.40 |
| POLICE BENEFICIARY ASSOCIATION A | 3.40 |
| FOP DUES | 29.16 |
| PUBLIC EMPLOYEES BENEFIT SERVICES | 39.11 |
| GUARDIAN CIVIC LEAGUE | 20.00 |
| DEFER. COMP. LOAN REPAYMENT DEDUCT. | 59.46 |

| | |
|---|---|
| YTD GROSS PAY | 23,920.63 |
| YTD W-2 GROSS | 22,619.93 |
| YTD FEDERAL TAX | 3,259.31 |
| YTD F.I.C.A. | 0.00 |
| YTD MEDICARE TAX | 348.21 |
| YTD CITY TAX | 934.31 |
| YTD STATE TAX | 737.21 |
| YTD UNEMPLOYMENT COMPENSATION TAX | 14.42 |
| PENSION PLAN | B |
| YTD NON TAXED PENSION | 1,393.70 |
| YTD TAXED PENSION | 0.00 |
| LTD NON TAXED PENSION | 64,809.19 |
| LTD TAXED PENSION | 0.00 |

REGULAR EARNINGS DETAIL

| EARNINGS TYPE | TIME (DAYS/16THS) | |
|---|---|---|
| RATE 1 PAY - | 010/00 | 3,183.08 |

REGULAR EARNINGS TOTAL 3,183.08

| EXCEPTION EARNINGS TYPE | TIME (DAYS/16THS) | |
|---|---|---|
| R1-TIME & 1/2 | 000/04 | 119.37 |

EXCEPTION EARNINGS TOTAL 119.37

DIRDP2 (03/2012)

NET PAY 2,374.98

STATEMENT OF EARNINGS AND DEDUCTIONS

## CITY OF PHILADELPHIA

| EMPLOYEE NUMBER | DATE PAY. MO | DAY |
|---|---|---|
| 224259 | 03 | 29 |

*Deposit on account for:*

**DIRECT DEPOSIT NON-NEGOTIABLE**

| DEPOSIT AMOUNT |
|---|
| ***2,374.98 |

TRACEY E DAVIS
210 E STEARLY ST
PHILADELPHIA PA 19111

***NON-NEGOTIABLE***