IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Tracey E. Davis | : | 18-11701-ELF |
| Debtor | : | |

### CERTIFICATE OF SERVICE of FIRST AMENDED PLAN

I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's First Amended Chapter 13 Plan has been served on all priority and secured creditors.

The following creditors have been served by electronic mail:

Rebecca Ann Solarz on behalf of Citibank, N.A.
Bkgroup@kmllawgroup.com

The following creditors have been served by First Class mail:

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
P O BOX 8973
MADISON, WI 53708-8973

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Date: June 14, 2018         /s/ David M. Offen
                            David M. Offen
                            Attorney for Debtor(s)