IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re    Tracey E. Davis              )   Chapter 13
                                      )
         Debtor                       )   18-11701-ELF
                                      )
                                      )

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or

other responsive pleading to the Application for Compensation of

Counsel fees and respectfully request that the Order attached to the

Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor