IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:   Tracey E Davis ) | Chapter 13 |
| Debtor ) | |
| ) | No. 18-11701-ELF |
| ) | |
| ) | |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.


                          /s/David M. Offen
                          David M. Offen
                          Attorney for Debtor(s)

Date: 12/30/19