# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | **CHAPTER 13** |
| | : | |
| **Tracey E. Davis** | : | **No. 18-11701-ELF** |
| **SS# XXX-XX-0267** | : | |
| **Debtor** | : | |
| | : | |

## ORDER

AND NOW, this  29th  day of  March , 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**